# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: admin | Date Created: 03/17/2020 |
| Case: 19–07404–LA7 | Form ID: 318 | Total: 16 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustp.region15@usdoj.gov
tr    Ronald E. Stadtmueller    ecfstadt@aol.com
aty    Gregory Highnote    Greg@BankruptcySD.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kevin K Patrick    PO Box 33021    San Diego, CA 92163–2021
smg    United States Trustee    Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101
smg    Employment Develop. Dept., State of CA    Bankruptcy Unit – MIC 92E    P.O. Box 826880    Sacramento, CA 94280
smg    Div. of Labor Standards Enforcement    7575 Metropolitan Drive, Suite 210    San Diego, CA 92108
smg    California Department of Tax and Fee Administration    Account Information Group, MIC:29    P.O. Box 942879    Sacramento, CA 94279–0029
smg    Dun & Bradstreet    Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway    PO Box 520    Center Valley, PA 18034–0520
smg    Franchise Tax Board    Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812–2952
14679780    Aes/pheaa    Attn: Bankruptcy    Po Box 2461    Harrisburg, PA 17105
14679781    Bonnie Mantel    Primus Family Law Group    2650 Camino Del Rio North #301    San Diego, CA 92108
14679782    Chase Auto Finance    Attn: Bankruptcy    Po Box 901076    Fort Worth, TX 76101
14679783    Columbus Bank & Trust    P.o. Box 84050    Columbus, GA 31908
14679784    Mission Federal Credit Union    Attn: Bankruptcy    Po Box 919023    San Diego, CA 92191
14679785    USAA Federal Savings Bank    Attn: Bankruptcy    10750 Mcdermott Freeway    San Antonio, TX 78288

TOTAL: 13